| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| SALVADOR JIMENEZ, III, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 9:23-CV-120 |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
| | § | |
| Respondent. | § | |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Salvador Jimenez, III, an inmate currently confined at the Clements Unit with the Texas Department of Criminal Justice, Correctional Institution Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court.  On September 25, 2023, the magistrate judge entered a Report and Recommendation (#13) in which he recommended dismissing this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).  To date, Plaintiff has not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#13) is **ADOPTED**.  This case is **DISMISSED** for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

SIGNED at Beaumont, Texas, this 7th day of February, 2024.

*Marcia A. Crone*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE